UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SKOKOMISH INDIAN TRIBE, a federally recognized Indian tribe, in its own capacity, as a class representative, and as *parens patriae, et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, TACOMA PUBLIC UTILITIES, a Washington municipal corporation, et al.,<br><br>　　　　　Defendants. | Case No. C99-5606FDB<br><br>ORDER GRANTING MOTION TO TRANSFER PLAINTIFF'S CLAIMS AGAINST THE UNITED STATES TO THE COURT OF FEDERAL CLAIMS |

　　　The Ninth Circuit issued its mandate on January 26, 2006 [Dkt. # 178] wherein the Court stated:

> On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be and hereby is AFFIRMED IN PART AND TRANSFERRED TO THE COURT OF FEDERAL CLAIMS IN PART.

　　　Noting that the claims that were the subject of the Ninth Circuit's transfer order have not yet been transferred to the Court of Federal Claims, Plaintiff moves that the claims against the United States be transferred to the Court of Federal Claims as Ordered by the Ninth Circuit.

ORDER - 1

1   No opposition has been filed, and the motion is well taken.

2   ACCORDINGLY, IT IS ORDERED: The Skokomish Indian Tribe's Motion To Transfer
3   Claims against The United States To The Court of Federal Claims [Dkt. # 185, corrected # 186] is
4   GRANTED, and the Clerk shall transfer the Claims against The United States To The Court of
5   Federal Claims. Whereas the Court of Federal Claims has access to the necessary documents
6   through the PACER system, it is suggested that, with the assistance of counsel in locating the
7   relevant documents, that the Court of Federal Claims make the copies that it requires.

9   DATED this 9th day of May, 2006.

            *[signature]*
            FRANKLIN D. BURGESS
            UNITED STATES DISTRICT JUDGE

26  ORDER - 2